**Order entered August 8, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00155-CR
No. 05-14-00156-CR
No. 05-14-00157-CR
No. 05-14-00158-CR

**RANDY ALEXANDER REYES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F11-35901-U, F13-34158-U, F13-34208-U, F13-34209-U**

## ORDER

The Court **REINSTATES** the appeals.

On August 1, 2014, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On August 5, 2014, we received appellant's brief, together with an extension motion. Therefore, in the interest of expediting the appeals, we **VACATE** the August 1, 2014 order requiring findings.

We **GRANT** the August 5, 2014 extension motion and **ORDER** appellant's brief filed as of the date of this order.

We **ORDER** court reporter Peri Wood to file, within **TWENTY-ONE DAYS** of the date of this order, the reporter's record of the April 12, 2012 plea hearing conducted in trial court no. F11-35901-U (cause no. 05-14-00155-CR).

We further **ORDER** Ms. Wood to provide appellant's counsel with a paper copy of the reporter's record of the April 12, 2012 plea hearing so that counsel may send it to appellant to allow appellant to file a pro se response to the *Anders* brief filed by counsel.

We **ORDER** appellant's counsel to provide written verification to the Court, within **THIRTY DAYS** of the date of this order, that he has sent appellant a copy of the April 12, 2012 plea hearing record.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Jennifer Balido, Presiding Judge, 291st Judicial District Court; Peri Wood, official court reporter, 291st Judicial District Court; John Tatum; and Michael Casillas.

/s/    LANA MYERS
         JUSTICE